

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| Rosa Serrano d/b/a The Lens Factory, | § | No. 08-16-00327-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| Pellicano Business Park, L.L.C., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2013-DCV-3139) |

§

# **O R D E R**

Appellant has filed a motion to extend the time to file the Appellant's brief and motion to abate the appeal. The Court GRANTS Appellant's fifth motion for extension of time within which to file the brief until **November 9, 2017**. All other relief request in Appellant's motion is DENIED. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Ms. Rosa Serrano, the Appellant, prepare the Appellant's pro se brief and forward the same to this Court on or before November 9, 2017.

IT IS SO ORDERED this 18th day of October, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.